UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CV 20-1562-JFW(MAAx)** | Date:  June 1, 2020 |

Title:     Richard Cooks -v- Camilla Corporation

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

    As a result of the Plaintiff's failure to participate in the preparation of the Joint Rule 26(f) Report as required by the Court's Order of April 21, 2020, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for June 22, 2020, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.

(Rev. 1/24/12)                                                                                        Initials of Deputy Clerk   sr